Ruffes, J.
 

 The judgment must be affirmed. "Without enquiring whether Simmons, as hirer, or guardian, could, or could not convey the slaves, so as to vest the right in his alienee for the residue of the year, and upon the hypothesis that ho could not, still the Court is of opinion that the plaintiff cannot maintain assumpsit against the defendants for the hire during that period. That action will only lie on a contract, express or implied, and the contract here, is supposed to be one of the latter kind. But the law cannot imply a contract between these parties, when it is clear, from the facts stated, that the defendants derived their possession and title from another person, under whom they claimed the slaves adversely to the plaintiff and all the world. The point is the
 
 *331
 
 the same as that decided in
 
 Lindsay
 
 v. McCulloch, at this term (ante 326); and supposing the plaintiff might have maintained trover or detinue, yet, he cannot maintain debt or as--sumpsit.
 

 Pins CüRxaíe, Judgment affirmed.